**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Denis Yeo, Petitioner,

v.

Lexington County Assessor, Respondent.

Appellate Case No. 2022-001482

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from the Administrative Law Court
Deborah Brooks Durden, Administrative Law Judge

---

Memorandum Opinion No. 2024-MO-005
Submitted January 9, 2024 – Filed January 31, 2024

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Denis Yeo, *pro se*, of Columbia, Petitioner.

Jeffrey M. Anderson, of Davis Frawley LLC, of Lexington, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *Yeo v. Lexington County Assessor*, Op. No. 2022-UP-161 (S.C. Ct. App. filed Apr. 6, 2022). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**